3/17/2022
1:58pm *hd*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ANETA GIESY,<br>   Plaintiffs,<br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br>   Defendant. | No.: 22CV00183<br><br>SUMMONS |

TO:   Costco Wholesale Corporation c/o CT Corporation System
      780 Commercial Street SE, Suite 100
      Salem, OR 97301

   IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and defend the complaint filed against you in the above-entitled cause within 30 days from the date of service of this summons on you; and if you fail to appear and defend, the plaintiff will apply to the court for the relief demanded in the complaint.

   NOTICE TO DEFENDANT: **READ THESE PAPERS CAREFULLY**

   You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff. If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 in the Portland metropolitan area or toll-free elsewhere in Oregon at (800) 452-7636.

_____
Grant Wenzlick, OSB # 991233
4085 SW 109th Avenue
Beaverton, OR 97005

Page 1 - SUMMONS

*GRANT WENZLICK*
*Attorney at Law*
4085 S.W. 109th Avenue, Suite 100
Beaverton, Oregon 97005
Telephone (503) 574-3397 Facsimile (503) 536-6830