IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANETA GIESY,<br><br>            Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>            Defendant. | Case No.: 3:22-CV-00505-SB<br><br>ORDER TO REMAND TO STATE COURT |

BASED UPON the Motion and Declaration of Grant Wenzlick, attorney of record for Plaintiff, and the Court being fully informed, NOW THEREFORE,

IT IS HEREBY ORDERED that this case be remanded to State Court in Multnomah County, state of Oregon.

DATED this 26th day of April, 2022.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

Page 1 -  **ORDER TO REMAND TO STATE COURT**