## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### OFFICE OF THE CLERK

Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR 97204

MELISSA AUBIN
Clerk of Court

PAUL BRUCH
Chief Deputy Clerk

April 26, 2022

Multnomah County Courthouse
1200 SW First Ave.
Portland, OR 97204

Subject: Remand of Case: Giesy v. Costco Wholesale Corporation
USDC Case No: 3:22−cv−00505−SB
Multnomah County Case No: 22CV00183

Dear Clerk:

Pursuant to the Order (certified copy attached) remanding the above−referenced case to your court, enclosed is a certified copy of the District Court's Docket Sheet.

Thank you for your cooperation.

**MELISSA AUBIN
Clerk of Court**

by: /s/Sydney Behrends

Sydney Behrends, Deputy Clerk

Attachments: Certified Copy of Order
Certified Copy of District Court's Docket Sheet

cc: Counsel of Record
File